UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BETTY J. PELFREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-CV-483 |
| v. ) | (PHILLIPS/GUYTON) |
| ) | |
| SMOKY MOUNTAIN RESORTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. The parties appeared before the undersigned on June 6, 2013, to address the Motion for Scheduling Conference and Discovery Plan Under Rule 26, and to Limit Discovery to the Issue of the Ownership of the Governor's Inn [Doc. 30], filed by Defendant Smoky Mountain Resorts. Attorney Dan Stanley was present representing the Plaintiff. Attorney Hannah Lowe was present representing Defendant Smoky Mountain Resorts, and Attorney Clint Woodfin was present representing Defendant Hotel Partners.

For good cause shown and based upon a lack of opposition, the Motion for Scheduling Conference and Discovery Plan Under Rule 26, and to Limit Discovery to the Issue of the Ownership of the Governor's Inn **[Doc. 30]** is **GRANTED**, as follows:

1. The parties are **ORDERED** to engage in limited discovery related to the issue of ownership of the Governor's Inn. The parties shall start with written discovery, which must be served no later than July 3, 2013, and may take depositions if

necessary. Given the age of this case, the Court expects the parties to act in an expeditious manner in taking discovery.

2. Plaintiff will have up to and including **June 27, 2013**, in which to respond to the Motion to Dismiss [Doc. 28].

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge

2

Case 3:10-cv-00483   Document 33   Filed 06/07/13   Page 2 of 2   PageID #: 128